IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BOARD OF TRUSTEES, SHEET )
METAL WORKERS' NATIONAL )
PENSION FUND, et al., )
                                             )
     Plaintiffs, )
                                             )
v. )   Civil Action No. 1:17-cv-638
                                             )
SCHULTZVILLE SHEET METAL, LLC, )
     Defendant. )

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated August 18, 2017, in response to Plaintiff's Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). Defendants have not filed objections, and the time for filing such objections has lapsed.

Based on a _de novo_ review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered against Defendant in favor of Plaintiffs in the amount of $16,199.22, plus

interest on delinquent contributions continuing to accrue at a rate of 0.0233% per day (or 8.5% per annum) until full payment is made. It is further ORDERED that Defendant provide remittance reports for the months of May 2016 through March 2017.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 6, 2017